**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 310 EAL 2018
:
           Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
          v. :
:
:
TRAVIS TRUSEDALE, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.